

FILED by ___ TB ___ D.C.

ELECTRONIC

**Jun 20, 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 14-20439-CR-SCOLA/VALLE

CASE NO. _____

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(1)
18 U.S.C. § 1029(b)(1)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(c)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

HENRRY GALLARDO,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 25, 2013, through on or about January 28, 2013, in Miami-Dade County and Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### HENRRY GALLARDO,

did knowingly, and with intent to defraud, use one or more unauthorized access devices, that is, credit card account numbers assigned to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 2

On or about February 14, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## HENRRY GALLARDO,

did knowingly, and with intent to defraud, attempt to use one or more counterfeit access devices, that is, a counterfeit credit card, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(1), in violation of Title 18, United States Code, Section 1029(b)(1).

## COUNTS 3-4

On or about the date specified below as to each count, in Miami-Dade County and Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## HENRRY GALLARDO,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud, using one or more unauthorized access devices during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as specified in each count below:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|-------|------------------|-------------------------|
| 3 | January 27, 2013 | Credit card account number XXXX-XXXX-4720 issued to "M.N." |
| 4 | January 28, 2013 | Credit card account number XXXX-XXXX-4720 issued to "M.N." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## CRIMINAL FORFEITURE

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HENRRY GALLARDO**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit all of his right, title, and interest to the United States in any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(c), and any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B).

All pursuant to Title 18, United States Code, Sections 1029(c)(1) and (c)(2); Title 18, United States Code, Section 982(a)(2)(B) and (b)(1); and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|

vs.

### CERTIFICATE OF TRIAL ATTORNEY*

HENRRY GALLARDO,

        **Defendant.**

_____ /

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| _X__ Miami | ___ Key West | |
| _____ FTL | ___ WPB | ____FTP |

New Defendant(s)    ___ Yes    ___ No
Number of New Defendants    _____
Total number of counts    _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:     (Yes or No)    __Yes__
    List language and/or dialect    __Spanish_____

4.    This case will take    __2-5__    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

    (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | __X__ | |
| II | 6 to 10 days | _____ | |
| III | 11 to 20 days | _____ | |
| IV | 21 to 60 days | _____ | |
| V | 61 days and over | _____ | |

    (Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | __X__ |

6.    Has this case been previously filed in this District Court? (Yes or No)    __No__
If yes:
Judge:                      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)    __No__
If yes:

Magistrate Case No.    _____
Related Miscellaneous numbers:    _____
Defendant(s) in federal custody as of    _____
Defendant(s) in state custody as of    _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    __No__

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    __X__ No

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 152579

REV 4/8/08

*Penalty Sheet(s) attached

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  HENRRY GALLARDO

**Case No:** _____

Count #: 1

Access Device Fraud

Title 18, United States Code, Section 1029(a)(2)

**\* Max. Penalty:**      10 Years' Imprisonment

Count #: 2

Attempted Access Device Fraud

Title 18, United States Code, Sections 1029(a)(1), (b)(1)

**\* Max. Penalty:**      10 Years' Imprisonment

Count #: 3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty:**      2 Years' Imprisonment (consecutive to any other sentence)

Count #: 4

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty:**      2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**