UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cr-20439-Scola

UNITED STATES OF AMERICA

vs.

HENRRY GALLARDO,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Henrry Gallardo (the "Defendant"), and the Defendant's counsel agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt, and that such facts are sufficient to establish the Defendant's guilt as to the offenses charged in the Indictment:

On or about January 25, 2013, the Defendant purchased a Rolex watch valued at approximately $13,780 from a Mayors Jewelry store in Boca Raton, Florida. The Defendant purchased the watch using a Bank of America credit card ending in x1461 and by presenting his Florida driver's license. The x1461 credit card was embossed with the Defendant's name, but was issued to A.D. This purchase is captured on surveillance video.

On or about January 27, 2013, the Defendant purchased a Rolex watch, valued at approximately $13,780, and a diamond ring, valued at approximately $17,490, from a Mayors Jewelry store in Palm Beach Gardens, Florida. The Defendant purchased the watch and ring using a Bank of America credit card ending in x4720. The x4720 credit card was embossed with the Defendant's name, but was issued to M.N. This purchase was captured on surveillance video.

Still on or about January 27, 2013, the Defendant purchased clothing valued at approximately $2,494.17 from a Neiman Marcus in Bal Harbour, Florida. The Defendant purchased the clothing using the Bank of America credit card ending in x4720 that was embossed with the Defendant's name, but was issued to M.N. This purchase was captured on surveillance video.

On or about January 28, 2013, the Defendant purchased a Tourneau watch valued at approximately $9,113 from Tourneau in Bal Harbour, Florida. The Defendant purchased the watch using the Bank of America credit card ending in x4720 that was embossed with the Defendant's name, but was issued to M.N. An employee of Tourneau identified the Defendant as the purchaser.

On or about February 14, 2013, the Defendant attempted to purchase a Rolex watch valued at approximately $10,600 from Mayors Jewelry store in Boca Raton, Florida. The Defendant attempted to purchase the watch using a fraudulent Capital One credit card ending in x4222 that was embossed with the Defendant's name. This purchase was captured on surveillance video.

On or about March 19, 2013, the Defendant participated in a recorded post-*Miranda* interview. The Defendant admitted that he had received credit cards embossed with his name from a co-conspirator, Misael Herrera, including the credit cards ending in x1461, x4720, and x4222, and that he was aware the credit cards were real. The Defendant also identified himself in video surveillance images from the January 25, 2013, purchase, and from the attempted February 14, 2013, at the Mayors Jewelry store in Boca Raton, Florida.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/20/22       By: _____
                         KARLA ALBITE
                         ASSISTANT UNITED STATES ATTORNEY

Date: 12/20/22       By: _____
                         JUAN DE JESUS GONZALEZ
                         ATTORNEY FOR DEFENDANT

Date: 12/20/22       By: _____
                         HENRRY GALLARDO
                         DEFENDANT