UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20439-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRRY GALLARDO,

    Defendant.

_____/

## RESTITUTION ORDER

This cause came before the Court, pursuant to Title 18, United States Code, Sections 3663A(a)(1) and 3664, for a determination of restitution due and owing to the victims in the above-listed case and to establish a payment schedule. Having reviewed the restitution report prepared by the parties, which identifies the victims in this case and their respective losses, it is hereby

**ORDERED AND ADJUDGED** that the defendant shall pay restitution in the amount of $25,387.17 to the victims identified in the spreadsheet provided to the Court and attached to the probation officer's report, pursuant to Title 18, United States Code, Section 3663A(a)(1).

It is further **ORDERED AND ADJUDGED** that during defendant's period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 50% of wages earned toward the financial obligations imposed in this judgment; (2) if the defendant does not work in a UNICOR job, then the defendant must pay $25.00 per quarter toward the financial obligations imposed in

this order. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

It is further **ORDERED and ADJUDGED** that upon his release from imprisonment, the defendant shall pay restitution at the rate of 10% of his gross monthly earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of prison U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the Government from using other assets or income of the defendant to satisfy the restitution obligations. Such payments are also an express condition of his supervised release.

It is further **ORDERED and ADJUDGED** that restitution payments shall be payable to the Clerk, United States Courts, and addressed to U.S. Clerk's Office, Attn: Financial Section, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7716.

**DONE AND ORDERED** at Miami, Florida, on April 5, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record
      U.S. Probation Office